James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
WILLIAM REILLY – State Bar No. 177550
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
*UNUM LIFE INSURANCE COMPANY OF AMERICA*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Angela VALENTINE,           ) | Case No.: CV12-0647 |
|                             ) | |
|         Plaintiff,          ) | **STIPULATION OF DISMISSAL WITH** |
|                             ) | **PREJUDICE AND ORDER** |
| v.                          ) | |
|                             ) | |
| UNUM LIFE INSURANCE COMPANY OF  ) | |
| AMERICA and CATHOLIC HEALTHCARE ) | |
| WEST LONG TERM DISABILITY PLAN  ) | |
|                             ) | |
|         Defendants.         | |

It is HEREBY STIPULATED between Plaintiff ANGELA VALENTINE and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA by and through their counsel, that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii). All parties shall bear their own costs and attorney's fees.

**SO STIPULATED.**

Dated: October 22, 2012

BOLT · KEENLEY - ATTORNEYS AT LAW

By: */s/ James P. Keenley*
James P. Keenley
Attorneys for Plaintiff

Dated: October 22, 2012

RIMAC MARTIN

By: */s/ William Reilly*
William Reilly
Attorneys for Defendant
Unum Life Insurance Company of America

**SO ORDERED.**

DATED: October 23, 2012

CLAUDIA WILKEN
UNITED STATES CHIEF DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CV12-0647                    2                    STIPULATED DISMISSAL & ORDER